Joseph J. Saltarelli (JS-1560)
Stefan H. Reisinger (SR-3728)
HUNTON & WILLIAMS LLP
200 Park Avenue, 43rd Floor
New York, New York 10016
(212) 309-1000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/05
```

-and-

Tyler P. Brown (TB-9923)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8200

*Attorneys for Appellant/Creditor Community National Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
COMMUNITY NATIONAL BANK,

    Appellant /Creditor,

-against-

LIBERTY VILLAGE ASSOCIATES,
LIMITED PARNTERSHIP,

    Appellee /Debtor.
------------------------------------------------------X

05 CV 3397 (JGK)

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Community National Bank (the "Bank"), hereby discontinues this action and withdraws its appeal from the Order of the United States Bankruptcy Court for the Southern

District of New York (Gropper, J.), entered on February 15, 2005, which denied the Bank's motion for relief from the automatic stay subject to certain conditions set forth therein.

Dated: New York, New York
April 18, 2005

Respectfully Submitted,

HUNTON & WILLIAMS LLP

By: _____
Joseph J. Saltarelli (JS-1560)
Stefan H. Reisinger (SR-3728)
200 Park Avenue, 43rd Floor
New York, New York 10166
(212) 309-1000

-and-

Tyler P. Brown (TB-9923)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8200

*Attorneys for Appellant / Creditor
Community National Bank*

So Ordered.

4/29/05
_____
U.S.D.J.